In the Matter of the Liquidation of LAWYERS MORTGAGE COMPANY.

BRENTMORE ESTATES, INC., et al., Appellants; RICHARD M. HURD, as Manager under a Plan of Reorganization of LAWYERS MORTGAGE COMPANY et al., Respondents.

Argued May 21, 1941; decided July 29, 1941.

*Leon Leighton, Charles L. Sylvester, Sidney Harris, Sidney G. Kingsley, Henry Cohen, Edward F. Keenan* and *Irving H. Jurow* for appellants.

No appearance for respondents.

Appeal dismissed, with costs, on the ground the order is not final.   No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.